IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERT GRIZZLE | § | |
| VS. | § | CIVIL ACTION NO. 9:20-cv-36 |
| BRUCE JOHNSON, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Robert Grizzle, proceeding *pro se*, filed the above-styled lawsuit. This matter was referred to the undersigned United State magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

The undersigned previously submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed for failure to state a claim upon which relief may be granted (Doc. #13.). In a Response he filed to the Report and Recommendation (Doc. #15.), Plaintiff state that rather than have his case dismissed for failure to state a claim, he would prefer to voluntarily dismiss the case.

Neither an answer nor a motion for summary judgment have been filed in this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff is entitled to dismiss his lawsuit prior to the filing of an answer or a motion for summary judgment. This lawsuit should therefore be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(i).

Recommendation

This lawsuit should be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

<u>Objections</u>

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

**SIGNED this the 25th day of February, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE